IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DANNY TEMPLETON,** <br> **ID #1917256,** <br><br> Plaintiff, <br> v. <br><br> **OFFICER PENA,** *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. **3:14-CV-1157-L** |

### ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 19, 2014, recommending that Plaintiff's claims, under 42 U.S.C. § 1983, be dismissed with prejudice as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(g). No objections to the Report were filed.

After considering the pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses with prejudice** Plaintiff's claims under section 1983 against Defendants as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(g).

**It is so ordered** this 17th day of June, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge